▮▮▮▮▮ SAMUEL ALLEN AND ERASTUS H. SPALDING *versus* EDWARD BISSELL, THEODORE BISSELL, AND BENJAMIN F. STICKNEY. ▮▮▮▮▮

JOURNAL ENTRIES (1835): *Journal 5:* (1) Motion to dissolve injunction *p. 65; (2) motion for

leave to amend *p. 69; (3) motion to strike answer *p. 70; (4) motions argued, submitted *p. 81; (5) motion to strike overruled, leave given to amend, motion for leave to file supplemental bill *p. 83; (6) rule to plead, answer, or demur; motion for leave to bring money tendered into court; motion for reference *p. 84; (7) motion to set exceptions for argument *p. 87; (8) argument on motion to dissolve commenced *p. 88; (9–11) argument continued *p. 89; (12) argument closed, case submitted *p. 90; (13) motion to dissolve overruled, injunction continued, time for answer extended *p. 91; (14) time for answer extended *p. 107.

PAPERS IN FILE: (1) Motion for leave to bring money into court.
*Chancery Case* . . . . of . . . .